# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32699

————————————

### UNITED STATES
*Appellee*

**v.**

### Kyle W. JUDA
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 3 June 2022

————————————

*Military Judge:* Sterling C. Pendleton.

*Sentence:* Sentence adjudged on 16 March 2021 by SpCM convened at Sheppard Air Force Base, Texas. Sentence entered by military judge on 6 April 2021: Bad-conduct discharge, confinement for 45 days, forfeiture of $300.00 pay per month for 2 months, reduction to E-1, and a reprimand.

*For Appellant:* Major Kasey W. Hawkins, USAF; Captain David L. Bosner, USAF.

*For Appellee:* Lieutenant Colonel Matthew J. Neil, USAF; Major Brittany M. Speirs, USAF; Mary Ellen Payne, Esquire.

Before POSCH, RICHARDSON, and CADOTTE, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court